IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3024 |
| | ) | |
| v. | ) | |
| | ) | |
| JACK L. CHARROIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On February 5, 2009, the defendant appeared in person with his attorney, Michael J. Hansen.  The United States was represented by Sara E. Fullerton, Assistant United States Attorney.  Defendant admits he violated Special Condition #6 of his terms and conditions of supervised release.  The Court finds that the admission is knowing, intelligent, and voluntary and there is a factual basis for the admission and finds the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision (filing 39).  The disposition hearing was held on February 5, 2009.

     IT IS ORDERED: Defendant's term of supervised release is not revoked but is extended until February 5, 2010, on the same terms and conditions of supervised release as previously imposed in the original judgment and commitment order filed on July 3, 2006.

     DATED this 10th day of February, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge